**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT**

**TIMOTHY HOGAN**                                                                     **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO.  3:25-cv-707-KHJ-MTP**

**MANAGEMENT & TRAINING CORPORATION
AND JOHN AND JANE DOES 1-100**                                  **DEFENDANTS**

**MANAGEMENT & TRAINING CORPORATION'S
RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON
WHICH RELIEF CAN BE GRANTED**

COMES NOW, Defendant Management & Training Corporation ("MTC"), by and through the undersigned counsel, and files this *Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted*, as follows:

1.      Upon review of the Complaint, it appears that Plaintiff Timothy Hogan ("Plaintiff") attempts to assert a cause of action that is barred by the applicable statute of limitations. Plaintiff claims that he was assaulted by other inmates on September 9, 2022 and yet filed this cause of action on September 18, 2025, more than three years after the incident and therefore outside of the statute of limitations in this matter.

2.      MTC relies on the following documents as support for its motion:

   a.   A brief in support of this motion, filed contemporaneously herewith; and

   b.   The statements of fact within Plaintiff's Complaint, *See* [Docket No. 001].

**WHEREFORE, PREMISES CONSIDERED,** MTC requests that this Court:

A.      Dismiss Counts I, II, III, IV, V, and VI to the extent that these causes of action seek to recover for damages arising out of the September 9, 2022, assault at EMCF.

B.      Order Plaintiff to provide a more definite statement of his remaining claims under Fed. R. Civ. P. 12(e).

C.     Grant any further legal or equitable relief MTC may be entitled to in this matter.

RESPECTFULLY SUBMITTED, this the 14th day of January, 2026.

                                            **MANAGEMENT & TRAINING**
                                            **CORPORATION**

By:     /s/ R. Jarrad Garner

        R. Jarrad Garner (MSB #99584)
        Mary Clark Joyner (MSB #105954)
        Jay D. Palen (MSB #106997)
        ADAMS & REESE LLP
        1018 Highland Colony Parkway, Suite 800
        Ridgeland, Mississippi 39157
        Telephone:   601.353.3234
        Facsimile:   601.355.9708
        jarrad.garner@arlaw.com
        maryclark.joyner@arlaw.com
        jay.palen@arlaw.com

## CERTIFICATE OF SERVICE

I, R. Jarrad Garner, one of the attorneys for Defendant Management & Training Corporation do hereby certify that I have, this day, filed the foregoing with the Clerk of the Court using the ECF filing system, which has caused a true and correct copy to be served by electronic mail on all counsel of record.

Dated: January 14, 2025.

                                      /s/ R. Jarrad Garner
                                      R. Jarrad Garner
                                      *Attorney for Defendant*